
20230531125137

| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|

| SERVICE OF: | **SUMMONS AND COMPLAINT,** | |
|---|---|---|
| EFFECTED (1) BY ME: | _Bryan Pavlenc_ | |
| TITLE: | **PROCESS SERVER** | DATE: 6/6/23  7:15pm |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[ ] Served personally upon the defendant

FRANCIS H. SCOLA

Place where served:

39 MATHEWSON ROAD   BARRINGTON   RI   02806

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_CHRISTINA SCOLA_

Relationship to defendant   _DAUGHTER_

Description of Person Accepting Service:

SEX: _F_   AGE: _55_   HEIGHT: _5'6"_   WEIGHT: _160_   SKIN: _white_   HAIR: _gray_   OTHER: ____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . _____       SERVICES $ _____ . _____       TOTAL $ _____ . _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 6 / 6 / 20 23                        _Bryan Pavlenc_  L.S.
SIGNATURE OF _Bryan Pavlenc_
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: C.K. LEE, ESQ.
PLAINTIFF: PEDRO AMBROCIO, ON BEHALF OF HIMSELF, FLSA COLLECTIVE PLAINTIFFS,
DEFENDANT: AND THE CLASS
VENUE: 730 FIFTH UPPER, LLC, ET AL
DOCKET: DISTRICT
COMMENT: 1 23 CV 04481 ALC