UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEDRO AMBROCIO,<br>*on behalf of himself, FLSA Collective Plaintiffs and the Class*<br><br>Plaintiff,<br><br>v.<br><br>730 FIFTH UPPER, LLC,<br>F&B 575 LLC, and<br>FRANCIS H SCOLA,<br><br>Defendants. | **Case No.** 1:23-cv-04481<br><br>**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), that Plaintiff's claims are dismissed without prejudice, in their entirety, against Defendants 730 FIFTH UPPER, LLC, F&B 575 LLC, and FRANCIS H SCOLA , without costs or attorneys' fees to any party. For the avoidance of doubt, there has been no settlement in this matter and the case will be pursued in arbitration.

Dated: June 23, 2023  By: */s/ C.K. Lee*
New York, New York  C.K. Lee, Esq.
  LEE LITIGATION GROUP, PLLC
  148 West 24th Street, Eighth Floor
  New York, NY 10011
  Tel.: 212-465-1188
  Fax: 212-465-1181
  *Attorney for Plaintiff, FLSA Collective Plaintiffs, and the Class*

1