**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/28/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEDRO AMBROCIO, *on behalf of himself, FLSA Collective Plaintiffs and the Class*<br><br>Plaintiff,<br><br>v.<br><br>730 FIFTH UPPER, LLC, F&B 575 LLC, and FRANCIS H SCOLA,<br><br>Defendants. | Case No. 1:23-cv-04481<br><br>**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), that Plaintiff's claims are dismissed without prejudice, in their entirety, against Defendants 730 FIFTH UPPER, LLC, F&B 575 LLC, and FRANCIS H SCOLA , without costs or attorneys' fees to any party. For the avoidance of doubt, there has been no settlement in this matter and the case will be pursued in arbitration.

Dated: June 23, 2023       By:     */s/ C.K. Lee*
       New York, New York            C.K. Lee, Esq.
                                               LEE LITIGATION GROUP, PLLC
                                               148 West 24th Street, Eighth Floor
                                               New York, NY 10011
                                               Tel.: 212-465-1188
                                               Fax: 212-465-1181
                                               *Attorney for Plaintiff, FLSA Collective Plaintiffs, and the Class*

SO ORDERED:  /s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
6/28/2023

1